UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO



FILED
JAMES BONINI
CLERK

2005 AUG 19 P 2: 19

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Max Rack, Inc.

v.

Hoist Fitness Systems, Inc.

Case No. C2 05 784
Judge:
Corporate Disclosure Statement

**JUDGE SMITH**

**MAGISTRATE JUDGE ABEL**

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.4: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Max Rack, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   _____Yes    __X__No

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____Yes   __X__No

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

_____   8/19/2005
(Signature of Counsel)        (Date)

Fred Midul Speed D.