**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Max Rack, Inc.,**

    **Plaintiff,**

**-V-**                                             **Case No. 2:05-cv-0784**
                                                  **JUDGE SMITH**
                                                  **Magistrate Judge Abel**

**Hoist Fitness Systems, Inc.,**

    **Defendant.**

## **ORDER**

The undersigned Judge hereby **RECUSES** himself from this case.

The Clerk shall assign this case to an active Judge in this District.

    **IT IS SO ORDERED.**

                                                  **/s/ George C. Smith**
                                                  **GEORGE C. SMITH, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**