# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MAX RACK, INC.<br>393 South 3rd Street<br>Columbus, Ohio 43215<br><br>    Plaintiff,<br><br>v.<br><br>HOIST FITNESS SYSTEMS, INC.<br>9990 Empire Street<br>Suite 130<br>San Diego, CA 92126<br><br>    Defendant. | CIVIL ACTION NO. C2 05 784<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS;**<br><br>[F.R.C.P., RULE 41(a)(1)(ii)]<br><br>JUDGE: HON. MICHAEL H WATSON<br><br>MAGISTRATE<br>JUDGE: HON. ELIZABETH PRESTON DEAVERS |

    Plaintiffs Max Rack, Inc., by and its counsel, Jeffrey S. Standley and Michael Stonebrook and Defendant Hoist Fitness Systems, Inc. by and through its counsel John Haller and Jonathon Saxton (Plaintiffs and Defendants herein referred to as Stipulating Parties) stipulated, pursuant to FRCP, Rule 41(a)(1)(ii) to dismiss with prejudice all claims and counterclaims in the above-captioned action.

    The Stipulating Parties advise the Court that the Parties have entered into a Mutual Settlement and Release of Claims Agreement, which is incorporated by this reference ("Settlement Agreement"), which agreement resolves all claims and counterclaims between those parties.

    The Stipulating Parties further stipulate that by incorporating by this reference the terms of the Settlement Agreement among the Stipulating Parties, the obligations of the parties to

comply with the respective terms of the Settlement Agreement is, per above, made a part of the dismissal order. (*Hagestad v. Tragesser v. Oregon State Bar*, 49 F.3d 1430 (9th Cir. 1995); see also *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 S.Ct. 1673; 128 L. Ed. 2d 391 (1994).)

The Stipulating Parties respectfully request that the Court retain continuing jurisdiction for a period of eighteen (18) months after entry of dismissal, for purposes of interpretation and enforcement of the Settlement Agreement, which Settlement Agreement is incorporated herein by this reference.

///
**IT IS SO STIPULATED.**


Dated this 27 day of July, 2011

                                          STANDLEY LAW GROUP LLP

                                          Jeffrey S. Standley (0047248)
                                          F. Michael Speed, Jr. (0067541)
                                          Michael Stonebrook (0075363)
                                          **Standley Law Group LLP**
                                          6300 Riverside Drive
                                          Dublin, OH 43017-5319
                                          614-792-5555
                                          FAX: 614-792-5536


Dated this 26 day of July, 2011

                                          John L. Haller, Esq.
                                          (admitted *pro hac vice*, CA Bar No. 61,392)
                                          jhaller@gordonrees.com
                                          Susan B. Meyer, Esq.
                                          (admitted *pro hac vice*, CA Bar No. 204931)
                                          smeyer@gordonrees.com
                                          **GORDON & REES LLP**
                                          101 West Broadway, Suite 1600
                                          San Diego, CA 92101
                                          619-696-6700
                                          619-696-7124 FAX

-and-

James J. Englert, Esq. (Ohio Bar No. 0051217)
jenglert@rendigs.com
Jonathan P. Saxton, Esq. (Ohio Bar No. 0042480)
jsaxton@rendigs.com
**RENDIGS, FRY, KIELY & DENNIS LLP**
One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688
513-381-9200
FAX:  513-381-9206FAX

## ORDER OF DISMISSAL

The foregoing stipulation of the parties for dismissal of the entire action including all claims and counterclaims, having been received by the Court and duly considered,

**AND GOOD CAUSE APPEARING THEREFOR,**

**IT IS HEREBY ORDERED** that the entire action is *dismissed* with prejudice including all claims and counterclaims;

**IT IS FURTHER ORDERED** that, at the request of the parties, the Court will retain continuing jurisdiction for a period of eighteen (18) months from the date of entry of dismissal for purposes of interpretation and enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 1, 2011

_Michael H. Watson_
UNITED STATES DISTRICT COURT JUDGE